Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dennis J. O'Hara, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE HAMPTON, Defendant-Appellant.

(No. 60767;

First District (5th Division)—March 14, 1975.

PER CURIAM.

Katz, Hirsch and Wise, Ltd., of Chicago (William H. Wise, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEON DREAD, Defendant-Appellant.

(No. 60167;

First District (2nd Division)—March 18, 1975.